B6A (Official Form 6A) (12/07)

In re **Freddy Bernardo Fernandez**          Case No. __13-31925__
    **Saida A Fernandez**                            (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Homestead Address: 21321 SW 97 CT Cutler Bay, FL 33189 *Debtors surrender any and all interest on this property* Purchased on Valuation as per Accurate Appraising Services, Inc | Owners | - | $210,000.00 | $274,738.00 |
| Cemtery Lot Park Lawn Cemetery, Inc *Paid in Full* Description: Garden of Serenity, Phase I, Tier F, Space #36, One Double Crypt Space Two. | Owners | - | $2,995.00 | $0.00 |
| | | Total: | $212,995.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Freddy Bernardo Fernandez**          Case No. __**13-31925**__
    **Saida A Fernandez**                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash money | J | $18.25 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Dade County Federal Credit Union Share Draft Checking Account #6267-S5 | H | $15.00 |
| | | Dade County Federal Credit Union Share Draft Checking Account #0250-S5 | H | $451.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Furniture Description: 1 Sofa, 1 Loveseat, 1 Coffee Table, 2 Wall Units, 1 DVD Player, 1 Dining Table, 4 Chairs, 1 Desk, 1 Computer, 1 Chair, 1 Printer, 3 Beds, 3 Dresser, 6 Night Tables, 2 Stereo Players, 3 Televisions, 2 DVD players and other Miscellaneous Furnitures. Appliances: 1 Refrigerator, 1 Microwave, 1 Dish Washer, 1 Washer, 1 Dryer, 1 Stove. | J | $2,200.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Decorations: Picture Frames, Table Lamps, Figurines, Candle Holders, and Other Decorative Items. | J | $70.00 |
| 6. Wearing apparel. | | Clothing | J | $120.00 |
| 7. Furs and jewelry. | | Jewelry Description: Earrings, Necklaces, Rings, and Other Costume Jewerly | J | $20.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Freddy Bernardo Fernandez**     Case No.   **13-31925**
     **Saida A Fernandez**                    _____
                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | Ceva Logistics 401(k) Plan | H | $40,000.00 |
| | | Ceva Logistics 401(k) Plan | W | $17,000.00 |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Freddy Bernardo Fernandez**          Case No. **13-31925**
          **Saida A Fernandez**                                    _____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | State Farm Mutual Automobile Insurance Company Lawsuit No. 2009-39826-CC-23 Default Final Judgment Debtors are not expecting to receive any monies from this claim. | H | $0.00 |
| | | 2013 Estimated Income Tax Refund | J | $3,772.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercis- able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui- dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Freddy Bernardo Fernandez**          Case No. __13-31925__
    **Saida A Fernandez**                          <span>(if known)</span>

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Nissan Altima 4D Sedan SL *Paid In Full* Mileage: 78,007 VIN# 1N4AL21E78N513932 Valuation as per CarMax | W | $8,584.45 |
| | | 2008 Nissan Maxima SE Sedan 4D *Current and being paid outside the Chapter 13 Plan* Mileage: 82,000 VIN# 1N4BA41EX8C835837 Lienholder: National Auto Lenders Amount owed Valuation as per KBB (Good) | H | $9,514.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Freddy Bernardo Fernandez**                                   Case No. __13-31925__
        **Saida A Fernandez**                                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

__4__ continuation sheets attached     Total >   | $81,764.70

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **Freddy Bernardo Fernandez**                                   Case No.  **13-31925**
      **Saida A Fernandez**                                                                  (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:         ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                           $155,675.*

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Ceva Logistics 401(k) Plan | Fla. Stat. Ann. § 222.21(2) | $40,000.00 | $40,000.00 |
| Ceva Logistics 401(k) Plan | Fla. Stat. Ann. § 222.21(2) | $17,000.00 | $17,000.00 |
| 2008 Nissan Altima 4D Sedan SL *Paid In Full* | Fla. Stat. Ann. § 222.25(1) | $1,000.00 | $8,584.45 |
| Mileage: 78,007 VIN# 1N4AL21E78N513932 | Fla. Const. art. X, § 4(a)(2) | $2,000.00 | |
| Valuation as per CarMax | Fla. Stat. Ann. § 222.25(4) | $8,000.00 | |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $68,000.00 | $65,584.45 |

B6D (Official Form 6D) (12/07)

In re **Freddy Bernardo Fernandez**                     Case No. __13-31925__
       **Saida A Fernandez**                                      (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: 70986626<br><br>**Bank of America**<br>**Attn: Correspondence Unit/CA6-919-02-4**<br>**Pob 5170**<br>**Simi Valley, CA 93062** | | - | DATE INCURRED: 04/2005<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br><br>VALUE:          $210,000.00 | | | | $190,729.00 | |
| ACCT #: 138316573<br><br>**Bank of America**<br>**Attn: Correspondence Unit/CA6-919-02-4**<br>**Pob 5170**<br>**Simi Valley, CA 93062** | | - | DATE INCURRED: 06/2006<br>NATURE OF LIEN:<br>**Second Mortgage**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br><br>VALUE:          $210,000.00 | | | | $76,097.00 | $56,826.00 |
| ACCT #: 835837A0<br><br>**National Auto Lenders**<br>**14645 Nw 77th Av**<br>**Miami Lakes, FL 33014** | | - | DATE INCURRED: 06/01/2011<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2008 Nissan Maxima SE**<br>REMARKS:<br><br>VALUE:          $9,514.00 | | | | $11,406.00 | $1,892.00 |
| ACCT #: 31021321<br><br>**Old Cutler Square POA, Inc**<br>**c/o Popular Association Banking**<br>**Pob 163804**<br>**Miami, FL 33166** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Homeowners Association**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br><br>VALUE:          $210,000.00 | | | | $7,912.00 | $7,912.00 |
| | | | Subtotal (Total of this Page) > | | | | $286,144.00 | $66,630.00 |
| | | | Total (Use only on last page) > | | | | $286,144.00 | $66,630.00 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

____No____ continuation sheets attached

B6E (Official Form 6E) (04/13)

In re **Freddy Bernardo Fernandez**          Case No.    **13-31925**
      **Saida A Fernandez**
                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Freddy Bernardo Fernandez**
**Saida A Fernandez**

Case No. **13-31925**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  8740077345510<br>**Amc Mortgage Services**<br>**POB 11000**<br>**Santa Ana, CA 92711** | | - | DATE INCURRED:  04/2005<br>CONSIDERATION:<br>**Mortgage Deficiency**<br>REMARKS: | | | | $1.00 |
| ACCT #:  73576291<br>**AT&T (verified)**<br>**POB 772349-(PR)**<br>**Ocala, FL 34477-2349** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Cellular bill**<br>REMARKS: | | | | $1.00 |
| ACCT #:  4313088908002081<br>**Bank Of America**<br>**POB 982235**<br>**El Paso, TX 79998** | | - | DATE INCURRED:  12/1998<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  4024116004078554<br>**Bank Of America**<br>**Attn: Recovery Dept**<br>**4161 Peidmont Pkwy.**<br>**Greensboro, NC 27410** | | - | DATE INCURRED:  09/1998<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  4024216002926455<br>**Bank Of America**<br>**Attn: Recovery DepT**<br>**4161 Peidmont Pkwy.**<br>**Greensboro, NC 27410** | | - | DATE INCURRED:  04/20/2000<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  27217386<br>**Bca Financial Services**<br>**18001 Old Cutler Rd**<br>**Palmetto Bay, FL 33157** | | - | DATE INCURRED:  12/2009<br>CONSIDERATION:<br>**Collecting for -RADIOLOGY ASSOC OF SO FLORID**<br>REMARKS: | | | | $706.00 |

Subtotal > $711.00

Total >
(Use only on last page of the completed Schedule F.)

_____9_____ continuation sheets attached

(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Freddy Bernardo Fernandez**               Case No. **13-31925**
     **Saida A Fernandez**                                     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **74415520**<br>**Burroughs William Augustus**<br>**1470 NW 19 ST**<br>**Crystal River, FL 34428** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Car Accident**<br>REMARKS: | | | | $1.00 |
| ACCT #: **Case No. 12-20477-SP-05**<br>**CACH, LLC**<br>**c/o Federated Law Group, PLLC**<br>**13205 U.S. Highway 1, Suite 555**<br>**Juno Beach, FL 33408** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS: | | | | $1.00 |
| ACCT #: **5178059637457871**<br>**Capital 1 Bank**<br>**Attn: Bky Dept.**<br>**POB 30285**<br>**Salt Lake City, UT 84130** | | - | DATE INCURRED: **06/2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $502.00 |
| ACCT #: **486236229710**<br>**Capital One**<br>**Attn: Bky**<br>**POB 30285**<br>**Salt Lake City, UT 84130** | | - | DATE INCURRED: **03/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #: **Case No. 10-29793-CC-23**<br>**Ceva Logistics**<br>**15350 Vickery Dr**<br>**Houston, TX 77032** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS: | | | | $1.00 |
| ACCT #: **4366163063472985**<br>**Chase**<br>**POB 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED: **03/1998**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |

Sheet no. ___1___ of ___9___ continuation sheets attached to        Subtotal >        **$507.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                 Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Freddy Bernardo Fernandez**
　　　**Saida A Fernandez**

Case No. ___13-31925___
　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 5183387730035028<br>**Chase Mht Bk**<br>**Attn: Bankruptcy**<br>**POB 15145**<br>**Wilmington, DE 19850** | | - | DATE INCURRED: 08/2002<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #: 5424180689211727<br>**Citibank Sd, Na**<br>**Attn: Centralized Bky**<br>**POB 20363**<br>**Kansas City, MO 64195** | | - | DATE INCURRED: 10/25/2002<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #: 6035320185641261<br>**Citibank Usa**<br>**Citicorp Credit Srvs/Attn:Centralize**<br>**POB 20507**<br>**Kansas City, MO 64195** | | - | DATE INCURRED: 05/12/2005<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #: 559377<br>**City Ntl Bk/Ocwen Loan Service**<br>**Attn: Bky**<br>**POB 24738**<br>**West Palm Beach, FL 33416** | | - | DATE INCURRED: 07/2004<br>CONSIDERATION:<br>**Mortgage Deficiency**<br>REMARKS: | | | | $1.00 |
| ACCT #: 50362277<br>**Comcast (mailing)**<br>**POB 530099**<br>**Atlanta, GA 30353** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Cable**<br>REMARKS: | | | | $1.00 |
| ACCT #: 43110458<br>**Credit Collections Svc**<br>**POB 773**<br>**Needham, MA 02494** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -INFINITY AUTO INSURANCE COMPA**<br>REMARKS: | | | | $118.00 |

Sheet no. ___2___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $123.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Freddy Bernardo Fernandez**                    Case No.   **13-31925**
      **Saida A Fernandez**                                 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  50362277<br>**Credit Management Lp**<br>**4200 International Pkwy**<br>**Carrollton, TX 75007** | | - | DATE INCURRED: **07/2012**<br>CONSIDERATION:<br>**Collecting for -COMCAST**<br>REMARKS: | | | | $336.00 |
| ACCT #:  6011000830228023<br>**Discover Fin Svcs Llc**<br>**POB 15316**<br>**Wilmington, DE 19850** | | - | DATE INCURRED: **10/1999**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $3,531.00 |
| ACCT #:  4793177098120<br>**Dsnb Macys**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | - | DATE INCURRED: **09/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  73576291<br>**Enhanced Recovery Corp**<br>**Attn: Client Srvs**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | | - | DATE INCURRED: **04/2013**<br>CONSIDERATION:<br>**Collecting for - ATT**<br>REMARKS: | | | | $1,946.00 |
| ACCT #:  541716228812<br>**First Usa Bank N A**<br>**1001 Jefferson Plaza**<br>**Wilmington, DE 19701** | | - | DATE INCURRED: **01/1999**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  6018595544072362<br>**Gecrb/gap**<br>**POB 965005**<br>**Orlando, FL 32896** | | - | DATE INCURRED: **09/05/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |

Sheet no. _____ **3** _____ of _____ **9** _____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >      $5,816.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Freddy Bernardo Fernandez**
**Saida A Fernandez**

Case No.  13-31925
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  6044121033285080 <br> **GECRB/Kirklands** <br> **Attn: Bky** <br> **POB 103104** <br> **Roswell, GA 30076** | | - | DATE INCURRED:  09/04/2006 <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $1.00 |
| ACCT #:  xxx-xx-xxxx/5459 <br> **Honorable Eric Holder** <br> **Attorney General of the United States** <br> **Dept of Justice #4400** <br> **950 Pennsylvania Ave NW** <br> **Washington, DC 20530** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | $0.00 |
| ACCT #:  xxx-xx-xxxx/5459 <br> **Honorable Jeffrey H. Sloman** <br> **United States Attorney** <br> **99 NE 4 St** <br> **Miami, Fl 33132** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | $0.00 |
| ACCT #:  5458005607987851 <br> **Hsbc Bank** <br> **POB 5253** <br> **Carol Stream, IL 60197** | | - | DATE INCURRED:  02/02/1999 <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $1.00 |
| ACCT #:  0005467812 <br> **Hsbc Bank** <br> **POB 5253** <br> **Carol Stream, IL 60197** | | - | DATE INCURRED:  09/2001 <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $1.00 |
| ACCT #:  5458005602655669 <br> **Hsbc Bank** <br> **POB 5253** <br> **Carol Stream, IL 60197** | | - | DATE INCURRED:  02/02/1999 <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $1.00 |

Sheet no. ___4___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  |  $4.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Freddy Bernardo Fernandez**
     **Saida A Fernandez**

Case No.   13-31925
                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  115000<br>Hsbc/comp<br>1405 Foulk Rd<br>Wilmington, DE 19808 | | - | DATE INCURRED:  01/1999<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $1.00 |
| ACCT #:  7329402<br>Hsbc/mscpi<br>POB 3425<br>Buffalo, NY 14240 | | - | DATE INCURRED:  05/2003<br>CONSIDERATION:<br>Mortgage Deficiency<br>REMARKS: | | | | $1.00 |
| ACCT #:  43110458<br>Infinity Auto Insurance Company<br>Pob 830807<br>Birmingham, AL 35283 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Repo<br>REMARKS: | | | | $1.00 |
| ACCT #:  xxx-xx-xxxx/5459<br>Internal Revenue Serv<br>Compliance Serv Insolvency<br>STOP 5730<br>7850 SW 6 Ct<br>Plantation, Fl 33324 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxx-xx-xxxx/5459<br>Internal Revenue Service<br>POB 21126<br>Philadelphia, PA 19114-0326 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $0.00 |
| ACCT #:  Case No. 09-39826-CC-23<br>Jason T. Zisman<br>8753 SW 146 ST<br>Palmetto Bay, FL 33176 | | | DATE INCURRED:<br>CONSIDERATION:<br>Lawsuit<br>REMARKS: | | | | $1.00 |

Sheet no. ____5____ of ____9____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >        **$4.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Freddy Bernardo Fernandez**            Case No.   13-31925
      **Saida A Fernandez**                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: P73716110514<br>**National Asset Mgmt LI**<br>**400 Rouser Rd #202**<br>**Coraopolis, PA 15108** | | - | DATE INCURRED: **10/2012**<br>CONSIDERATION:<br>**Collecting for -QUEST DIAGNOSTICS INC.**<br>REMARKS: | | | | $85.00 |
| ACCT #: Case No. 12-7663-CC-26<br>**Old Cutler Square Property Owners Associ**<br>**c/o Dale C. Glassford, Esq**<br>**12928 SW 133 CT**<br>**Miami, FL 33186** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS: | | | | $1.00 |
| ACCT #: Case No. 10-036407-CA-01<br>**Old Cutler Square Property Owners'**<br>**c/o Dale C. Glassford, Esq**<br>**12928 SW 133 CT**<br>**Miami, FL 33186** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS: | | | | $1.00 |
| ACCT #: 31021321<br>**Old Cutler Square Property Owners' Assoc**<br>**c/o Dale C. Glassford, RA**<br>**12928 SW 133 CT #A**<br>**Miami, FL 33185** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Homeowners Association is being stripped off thro**<br>REMARKS: | | | | $1.00 |
| ACCT #: 31021321<br>**Old Cutler Square Property Owners' Assoc**<br>**c/o Colleen Gardner, P**<br>**9705 SW 213 Terr**<br>**Miami, FL 33189** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Homeowners Association is being stripped off thro**<br>REMARKS: | | | | $1.00 |
| ACCT #: P73716110514<br>**Quest Diagnostics (verified)**<br>**POB 4950**<br>**Southeastern, PA 19398** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | $1.00 |

Sheet no. ___6___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $90.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Freddy Bernardo Fernandez**                          Case No.    **13-31925**
         **Saida A Fernandez**                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  27217386<br>**Radiology Asso. of S. Florida (verified)**<br>2555 Ponce De Leon Blvd 4 Fl<br>Coral Gables, FL 33134 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical bills**<br>REMARKS: | | | | $1.00 |
| ACCT #:  9733357291<br>**Space Coast Credit Uni**<br>8045 N Wickham Rd<br>Melbourne, FL 32940 | | - | DATE INCURRED:  03/2010<br>CONSIDERATION:<br>**Checking account**<br>REMARKS: | | | | $690.00 |
| ACCT #:  59223890<br>**Space Coast Credit Uni**<br>8045 N Wickham RD<br>Melbourne, FL 32940 | | - | DATE INCURRED:  06/2011<br>CONSIDERATION:<br>**Checking account**<br>REMARKS: | | | | $185.00 |
| ACCT #:  xxx-xx-xxxx/5459<br>**Special Assistant United States Attorney**<br>c/o Internal Revenue Serv. Area Counsel<br>Claude Pepper Federal Bldg.<br>51 SW 1 Ave # 1114<br>Miami, Fl 33130 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxx-xx-xxxx/5459<br>**Special Asst US Attorney**<br>c/o IRS Area Counsel<br>1000 S Pine Island Rd #300<br>Plantation, Fl 33324 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  4352-3716-9978-9146<br>**Target N.b.**<br>POB 673<br>Minneapolis, MN 55440 | | - | DATE INCURRED:  05/08/2005<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |

Sheet no. ___7___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                     $877.00

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Freddy Bernardo Fernandez**                                    Case No.  **13-31925**
       **Saida A Fernandez**                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **4352371698691640** <br> **Target N.b.** <br> **POB 673** <br> **Minneapolis, MN 55440** | | - | DATE INCURRED:  05/21/2005 <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $1.00 |
| ACCT #:  **5421078S** <br> **Universal Payment Corp** <br> **931 Penn Ave 6 Fl** <br> **Pittsburgh, PA 15222** | | - | DATE INCURRED:  06/2012 <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $5,905.00 |
| ACCT #:  **5421078U** <br> **Universal Payment Corp** <br> **931 Penn Ave 6 Fl** <br> **Pittsburgh, PA 15222** | | - | DATE INCURRED:  03/2012 <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $1.00 |
| ACCT #:  **Case No. 10-036407-CA-01** <br> **Wells Fargo Bank, NA,,** <br> **c/o Law Offices of Daniel C. Consuegra** <br> **9204 King Palm Dr** <br> **Tampa, FL 33619** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Lawsuit** <br> REMARKS: | | | | $1.00 |
| ACCT #:  **Case No. 10-29793-CC-23** <br> **Wells Fargo Financial National Bank** <br> **c/o Naderpour & Associates, PA** <br> **1906 Hollywood Blvd** <br> **Hollywood, FL 33020** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Lawsuit** <br> REMARKS: | | | | $1.00 |
| ACCT #:  **7080127451375** <br> **Wells Fargo Hm Mortgag** <br> **8480 Stagecoach Cir** <br> **Frederick, MD 21701** | | - | DATE INCURRED:  04/2003 <br> CONSIDERATION: <br> **Mortgage Deficiency** <br> REMARKS: | | | | $1.00 |

Sheet no. _____ **8** _____ of _____ **9** _____ continuation sheets attached to          Subtotal >          $5,910.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                Total >
                                              (Use only on last page of the completed Schedule F.)
                                     (Report also on Summary of Schedules and, if applicable, on the
                                       Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Freddy Bernardo Fernandez**   Case No. ___13-31925___
    **Saida A Fernandez**
    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  50231501468999001<br>**Wells Fargo Recovery**<br>**MACQ 2123-013**<br>**POB 94423**<br>**Albuquerque, NM 87199** | | - | DATE INCURRED:  02/2008<br>CONSIDERATION:<br>**Repo**<br>REMARKS: | | | | $1.00 |
| ACCT #:  102130436378770<br>**Wellsfargo**<br>**800 Walnut St**<br>**Des Moines, IA 50309** | | - | DATE INCURRED:  02/13/2004<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  108220789970363<br>**Wellsfargo**<br>**800 Walnut St**<br>**Des Moines, IA 50309** | | - | DATE INCURRED:  08/2007<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  4071100018711253<br>**Wf Fin Bank**<br>**Attn: Bky**<br>**POB 10438**<br>**Des Moines, IA 50306** | | - | DATE INCURRED:  08/29/2007<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  6048700005051962<br>**Wf Fin Bank**<br>**Attn: Bky**<br>**POB 10438**<br>**Des Moines, IA 50306** | | - | DATE INCURRED:  02/19/2008<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1.00 |
| ACCT #:  426585<br>**Wilshire Credit Corp/Bank of America**<br>**Bank of America N.A.**<br>**450 American St**<br>**Simi Valley, CA 93065** | | - | DATE INCURRED:  07/2004<br>CONSIDERATION:<br>**Mortgage Deficiency**<br>REMARKS: | | | | $1.00 |

Sheet no. ___9___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal > | | $6.00 |
| Total > | | $14,048.00 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **Freddy Bernardo Fernandez**    Case No. __13-31925__
      **Saida A Fernandez**                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **Freddy Bernardo Fernandez**                          Case No.   **13-31925**
       **Saida A Fernandez**                                              _____
                                                                         (if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re **Freddy Bernardo Fernandez**          Case No. __13-31925__
    **Saida A Fernandez**                              (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | | |
|---|---|---|---|---|---|
| **Married** | Relationship(s): Daughter  Son | Age(s): 13 Yrs Old  10 Yrs Old | Relationship(s): | | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Import/Export | Import/Export |
| Name of Employer | Ceva Logistics | Ceva Logistics |
| How Long Employed | 13 Years | 15 Years |
| Address of Employer | 5601 NW 72 Ave  Miami, FL 33126 | 5601 NW 72 Ave  Miami, FL 33126 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $3,033.50 | $4,021.67 |
| 2. | Estimate monthly overtime | $0.00 | $0.00 |
| 3. | SUBTOTAL | $3,033.50 | $4,021.67 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $337.67 | $520.83 |
| | b. Social Security Tax | $0.00 | $0.00 |
| | c. Medicare | $0.00 | $0.00 |
| | d. Insurance | $420.49 | $545.00 |
| | e. Union dues | $0.00 | $0.00 |
| | f. Retirement | $0.00 | $0.00 |
| | g. Other (Specify)   Dental                / Dental | $13.28 | $25.74 |
| | h. Other (Specify)   Vision                / Vision | $5.33 | $8.69 |
| | i. Other (Specify)   Life Ins, Supp Ins & AD&D  / Life Insurance | $7.54 | $1.00 |
| | j. Other (Specify)   LTD                  / AD&D Insurance | $9.66 | $5.85 |
| | k. Other (Specify)   Health Savings Account | $33.32 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $827.29 | $1,107.11 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $2,206.21 | $2,914.56 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. | Income from real property | $0.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify): | $0.00 | $0.00 |
| 12. | Pension or retirement income | $0.00 | $0.00 |
| 13. | Other monthly income (Specify):   a. | $0.00 | $0.00 |
| | b. | $0.00 | $0.00 |
| | c. | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $0.00 | $0.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $2,206.21 | $2,914.56 |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $5,120.77 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:   **Freddy Bernardo Fernandez**
              **Saida A Fernandez**

Case No. ___**13-31925**___
                    (if known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home)<br> a. Are real estate taxes included?   ☑ Yes   ☐ No<br> b. Is property insurance included?   ☑ Yes   ☐ No | $1,500.00 |
| 2. Utilities:   a. Electricity and heating fuel<br>                    b. Water and sewer<br>                    c. Telephone<br>                    d. Other:  Cable | $297.37<br>$57.96<br>$100.00<br>$125.00 |
| 3. Home maintenance (repairs and upkeep)<br>4. Food<br>5. Clothing<br>6. Laundry and dry cleaning<br>7. Medical and dental expenses<br>8. Transportation (not including car payments)<br>9. Recreation, clubs and entertainment, newspapers, magazines, etc.<br>10. Charitable contributions | <br>$1,000.00<br>$244.00<br>$74.00<br>$120.00<br>$425.00<br>$65.00<br>$30.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments)<br>                    a. Homeowner's or renter's<br>                    b. Life<br>                    c. Health<br>                    d. Auto<br>                    e. Other: | <br><br><br><br>$296.49 |
| 12. Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)<br>                    a. Auto:   Car Payment<br>                    b. Other:<br>                    c. Other:<br>                    d. Other: | <br>$320.00 |
| 14. Alimony, maintenance, and support paid to others:<br>15. Payments for support of add'l dependents not living at your home:<br>16. Regular expenses from operation of business, profession, or farm (attach detailed statement)<br>17.a. Other: See attached personal expenses<br>17.b. Other: | <br><br><br>$411.08 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$5,065.90** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** | |
| 20. STATEMENT OF MONTHLY NET INCOME<br>a. Average monthly income from Line 15 of Schedule I<br>b. Average monthly expenses from Line 18 above<br>c. Monthly net income (a. minus b.) | <br>$5,120.77<br>$5,065.90<br>$54.87 |

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

IN RE:  **Freddy Bernardo Fernandez**
      **Saida A Fernandez**

CASE NO   **13-31925**

CHAPTER   **7**

## <u>EXHIBIT TO SCHEDULE J</u>

### <u>Itemized Personal Expenses</u>

| Expense | Amount |
|---|---|
| Car maintenance & repair | $25.50 |
| Personal Care Products & Services | $67.00 |
| Internet Services. | $25.00 |
| City Gas Services. | $22.58 |
| After school care. | $206.00 |
| Extracurricular Activities | $65.00 |
| **Total >** | **$411.08** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Freddy Bernardo Fernandez**                                    Case No. _____
       **Saida A Fernandez**                                                          (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **2** _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature _____
                                                             **Freddy Bernardo Fernandez**

Date _____          Signature _____
                                                             **Saida A Fernandez**
                                                             [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:  **Freddy Bernardo Fernandez**
         **Saida A Fernandez**

Case No.   __13-31925__
                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the TWO YEARS immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$52,802.30** | **2013 Estimated YTD Income** |
| **$49,731.00** | **2012 Income Tax Return** |
| **$39,960.00** | **2011 Income Tax Return** |

### 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None
☑

c. All debtors: List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  **Freddy Bernardo Fernandez**                Case No.  **13-31925**
        **Saida A Fernandez**                                         (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, if the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Old Cutler Square Property Owners Association, Inc vs. Freddy Fernandez and Saida A. Fernandez Case No. 12-7663-CC-26 | Lawsuit | South Dade Justice Center 10710 SW 211 ST Miami, FL 33189 | Foreclosure Sale Date 09/18/2013 |
| Wells Fargo Bank, NA., as Trustee for the Certificateholders of Park Place Securities, Inc., Asset-Backed Certificates, Series 2005-WCW2 vs. Saida Fernandez; et al Case No. 2010-CA-036407 | Lawsuit | Dade County Clerk of Court 73 West Flagler Street Miami, FL 33130 | Pending |
| Wells Fargo Bank, NA vs. Saida Fernandez vs. Ceva Logistics Case No. 10-29793-CC-23 | Lawsuit | North Dade Justice Center 15555 Biscayne Blvd Miami, FL 33160 | Final Judgment of Garnishment |
| State Farm Mutual Automobile Insurance Company, as subrogee of Freddy Fernandez vs. Jason T. Zisman Case No. 09-39826-CC-26 | Lawsuit | North Dade Justice Center 15555 Biscayne Blvd Miami, FL 33130 | Final Default Judgment |
| CACH, LLC vs. Saida Fernandez Case No. 12-20477-SP-05 | Lawsuit | Dade County Clerk of Courts 73 West Flagler Street Miami, FL 33130 | Default Final Judgment |

---

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In re:  **Freddy Bernardo Fernandez**
   **Saida A Fernandez**

Case No.  __13-31925__
   (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

**6. Assignments and receiverships**

None
☑   a. Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None
☑   List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None
☑   List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Patrick L. Cordero, P.A.** **198 NW 37th Avenue** **Miami, FL 33125** | 09/11/2013 | **$1,675.00** **Plus $306.00 filing fees** |

---

**10. Other transfers**

None
☑   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑   b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re: **Freddy Bernardo Fernandez**          Case No. _13-31925_
        **Saida A Fernandez**                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Space Coast Credit Union** 8045 N Wickham Road Pob 419001 Melbourne, FL 32941 | **Checking Account #3572** Final balance ($690.36) | **Amount at closing** ($690.36) Date of closing: 07/22/2013 |
| **Space Coast Credit Union** 8045 N Wickham Road Pob 419001 Melbourne, FL 32941 | **Checking Account #2238** Final balance ($185.38) | **Amount at closing** ($185.38) Date of closing: 08/28/2012 |
| **Space Coast Credit Union** 8045 N Wickham Road Pob 419001 Melbourne, FL 32941 | **Checking Account #5234** Final balance ($36.09) | **Amount at closing** ($36.09) Date of closing: 10/02/2012 |

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (04/13)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  **Freddy Bernardo Fernandez**                    Case No.  **13-31925**
        **Saida A Fernandez**                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☐ a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **Easy Handle Bath Scrubber**<br>**21321 SW 97 CT**<br>**Miami, FL 33189**<br>**Fictitious Name** | **Sales** | **From 02/15/2013 to present**<br>**Fictitious name is active but Debtors are not conducting any business** |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:   **Freddy Bernardo Fernandez**
       **Saida A Fernandez**

Case No.   **13-31925**
           (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None ☑ a. List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None ☑ b. List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

---

None ☑ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

---

### 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:  **Freddy Bernardo Fernandez**          Case No. _____
        **Saida A Fernandez**                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 6*

---

**23. Withdrawals from a partnership or distributions by a corporation**

None
☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None
☑  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

**25. Pension Funds**

None
☑  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____          Signature _____
                                       of Debtor    *Freddy Bernardo Fernandez*

Date _____          Signature _____
                                       of Joint Debtor  *Saida A Fernandez*
                                       (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

IN RE:  **Freddy Bernardo Fernandez**
       **Saida A Fernandez**

CASE NO

CHAPTER  **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.  1 | |
|---|---|
| **Creditor's Name:**<br>Bank of America<br>Attn: Correspondence Unit/CA6-919-02-41<br>Pob 5170<br>Simi Valley, CA 93062<br>70986626 | **Describe Property Securing Debt:**<br>Homestead |

Property will be (check one):
☑ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt    ☐ Not claimed as exempt

| Property No.  2 | |
|---|---|
| **Creditor's Name:**<br>Bank of America<br>Attn: Correspondence Unit/CA6-919-02-41<br>Pob 5170<br>Simi Valley, CA 93062<br>138316573 | **Describe Property Securing Debt:**<br>Homestead |

Property will be (check one):
☑ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt    ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:  **Freddy Bernardo Fernandez**
**Saida A Fernandez**

CASE NO

CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

| Property No.   3 | |
|---|---|
| **Creditor's Name:**<br>National Auto Lenders<br>14645 Nw 77th Av<br>Miami Lakes, FL 33014<br>835837A0 | **Describe Property Securing Debt:**<br>2008 Nissan Maxima SE |

Property will be (check one):
- [ ] Surrendered          [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt          [ ] Not claimed as exempt

| Property No.   4 | |
|---|---|
| **Creditor's Name:**<br>Old Cutler Square POA, Inc<br>c/o Popular Association Banking<br>Pob 163804<br>Miami, FL 33166<br>31021321 | **Describe Property Securing Debt:**<br>Homestead |

Property will be (check one):
- [x] Surrendered          [ ] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt          [ ] Not claimed as exempt

**PART B -- Personal property subject to unexpired leases.**  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:   **Freddy Bernardo Fernandez**
        **Saida A Fernandez**

CASE NO

CHAPTER   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 2*

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐        NO ☐ |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date _____

Signature _____
                          *Freddy Bernardo Fernandez*

Date _____

Signature _____
                          *Saida A Fernandez*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:    **Freddy Bernardo Fernandez**                                         CASE NO
          **Saida A Fernandez**

                                                                               CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____          Signature _____
                                                 *Freddy Bernardo Fernandez*

Date _____          Signature _____
                                                 *Saida A Fernandez*